# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*, <br><br> Petitioner-Plaintiffs, <br><br> v. <br><br> LEE FRANCIS CISSNA, *et al.*, <br><br> Respondent-Defendants. | Case No. C19-0321RSL <br><br> ORDER GRANTING LEAVE TO FILE OVER-LENGTH MEMORANDA |

This matter comes before the Court on Respondent-Defendants' Motion to File Over-Length Brief in Response to Petitioner-Plaintiffs' Motion for Preliminary Injunction. Dkt. #18. The motion is GRANTED. Defendants' response to plaintiff's motion for preliminary injunction shall not exceed forty (40) pages total. Plaintiffs' reply shall not exceed twenty (20) pages total.

Dated this 19th day of March, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE