DISTRICT JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*,<br><br>Petitioner-Plaintiffs,<br><br>v.<br><br>LEE FRANCIS CISSNA, *et al.*,<br><br>Respondent-Defendants. | Case No. 2:19-cv-321-RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO RENOTE PENDING MOTION FOR PRELIMINARY INJUNCTION & MOTION FOR CLASS CERTIFICATION<br><br>Noted for Consideration on:<br>March 18, 2019. |

Pursuant to Local Rule 7(d), the parties STIPULATE AND AGREE that Petitioner-Plaintiffs' pending motion to certify class, Dkt. 2, and motion for preliminary injunction, Dkt. 3, currently noted for consideration on March 29, 2019, are hereby re-noted to April 5, 2019.

STIPULATION AND [PROPOSED] ORDER TO RENOTE PENDING
MOTION FOR PRELIMINARY INJUNCTION & MOTION FOR CLASS
CERTIFICATION
2:19-cv-321-RSL
PAGE – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of March, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov


*s/ Matt Adams [approved by email]*
MATT ADAMS, WSBA # 28287
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
Email: _matt@nwirp.org

STIPULATION AND [PROPOSED] ORDER TO RENOTE PENDING
MOTION FOR PRELIMINARY INJUNCTION & MOTION FOR CLASS
CERTIFICATION
2:19-cv-321-RSL
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The parties having so stipulated and agreed, it is **SO ORDERED**: |
| 3 | That the Order to Renote Pending Motion for Preliminary Injunction & Motion for Class Certification |
| 4 | be re-noted until April 5, 2019. |
| 5 | DATED this 20th day of March, 2019. |

_[signature]_
DISTRICT JUDGE ROBERT S. LASNIK
United States District Court

---

STIPULATION AND [PROPOSED] ORDER TO RENOTE PENDING MOTION FOR PRELIMINARY INJUNCTION & MOTION FOR CLASS CERTIFICATION
2:19-cv-321-RSL
PAGE – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970