UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*,<br><br>Petitioner-Plaintiffs,<br><br>v.<br><br>LEE FRANCIS CISSNA, *et al.*,<br><br>Respondent-Defendants. | Case No. 2:19-cv-321-RSL<br><br>ORDER ON STIPULATED MOTION TO SEAL |

This matter comes before the Court on the Stipulated Motion to Seal. The Court has reviewed the pleadings and record in this case, and is otherwise fully advised.

Therefore, it is hereby ORDERED that the Stipulated Motion is **GRANTED**. Defendants may file the following four exhibits under seal:

(1) U.S. Department of Homeland Security Record of Deportable/Inadmissible Alien Form for Jose Luis Vicente Ramos dated July 3, 2016 (four total pages);

(2) U.S. Department of Homeland Security Record of Deportable/Inadmissible Alien Form for Jose Luis Vicente Ramos dated February 8, 2018 (three total pages);

ORDER ON STIPULATED MOTION TO SEAL
2:19-cv-321-RSL
PAGE – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(3) U.S. Department of Homeland Security Record of Deportable/Inadmissible Alien Form for Angel de Jesus Muñoz Olivera dated August 31, 2017 (four pages); and

(4) U.S. Department of Homeland Security Record of Determination/Credible Fear Worksheet for Angel de Jesus Muñoz Olivera dated September 21, 2017 (five pages).

DATED this 2nd day of April, 2019.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

ORDER ON STIPULATED MOTION TO SEAL
2:19-cv-321-RSL
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970