**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Leobardo MORENO GALVEZ, et al. | Case No. 2:19-cv-321-RSL |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION FOR EXPEDITED LEAVE TO FILE AMICUS CURIAE BRIEF BY THE STATE OF WASHINGTON |
| Lee Francis CISSNA, Director U.S. Citizenship and Immigration Services, et al. | |
| Defendants. | |

     The State of Washington requests leave to file an amicus brief in support of Plaintiffs' motion for preliminary injunctive relief. Having considered the unopposed motion, the Court GRANTS Washington's Request. The State of Washington's amicus brief (Dkt. # 22-1) is hereby deemed filed.

     IT IS SO ORDERED

     Dated this 11th day of April, 2019.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge