DISTRICT JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*,<br><br>Petitioner-Plaintiffs,<br><br>v.<br><br>LEE FRANCIS CISSNA, *et al.*,<br><br>Respondent-Defendants. | Case No. 2:19-cv-321-RSL<br><br>[~~PROPOSED~~] ORDER ON STIPULATED MOTION TO FILE RESPONSE TO STATE OF WASHINGTON'S AMICUS BRIEF<br><br>Noted for Consideration on:<br>April 15, 2019. |

This matter comes before the Court on the Stipulated Motion to allow Defendants to file a response to the State of Washington's amicus brief. The Court has reviewed the pleadings and record in this case, and is otherwise fully advised.

Therefore, it is hereby ORDERED that the Stipulated Motion is **GRANTED**. Defendants may submit a five-page response to Washington's amicus brief on or before April 22, 2019.

DATED this 16th day of April, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER ON STIPULATED MOTION TO FILE
RESPONSE TO WASHINGTON'S AMICUS BRIEF
2:19-cv-321-RSL
PAGE – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  BRIAN T. MORAN
   United States Attorney

3

4  *s/ Matt Waldrop*
   MATT WALDROP, Georgia Bar #349571
5  Assistant United States Attorney
   United States Attorney's Office
6  700 Stewart Street, Suite 5220
7  Seattle, Washington 98101-1271
   Phone: 206-553-7970
8  Fax: 206-553-4067
   Email: james.waldrop@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATED MOTION TO FILE
RESPONSE TO WASHINGTON'S AMICUS BRIEF
2:19-cv-321-RSL
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970