# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH T. CUCCINELLI,[1] *et al.*, <br><br> Defendants. | Case No. C19-0321RSL <br><br> ORDER |

On July 17, 2019, the Court granted plaintiffs' motion for preliminary injunction. Defendants requested and obtained an extension of time in which to file a motion for reconsideration and have timely made such a request.

The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. #45) on the Court's calendar for Friday, August 16, 2019. Plaintiffs may file a response by 4:00 pm on Wednesday, August 14, 2019. Defendants' reply, if any, is due on or before the note date.

---

[1] Kenneth T. Cuccinelli became the acting director of the United States Citizenship and Immigration Services on June 10, 2019, replacing Lee Francis Cissna, the originally-named defendant.

ORDER - 1

Dated this 8th day of August, 2019.

*Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER - 2