DISTRICT JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH T. CUCCINELLI, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-321-RSL <br><br> NOTICE OF WITHDRAWAL OF MOTION TO STAY |

Pursuant to Local Rule 7(l), Defendants hereby withdraw their pending motion to stay as moot based on the Court's August 23, 2019 Order denying Defendants' Motion for Reconsideration.

DATED this 29th day of August, 2019.

                                                Respectfully submitted,

                                                BRIAN T. MORAN
                                                United States Attorney

                                                *s/ Matt Waldrop*
                                                MATT WALDROP, Georgia Bar #349571
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                700 Stewart Street, Suite 5220
                                                Seattle, Washington 98101-1271
                                                Phone: 206-553-7970
                                                Fax: 206-553-4067
                                                Email: james.waldrop@usdoj.gov

NOTICE OF WITHDRAWAL OF MOTION TO STAY           UNITED STATES ATTORNEY
2:19-cv-321-RSL                                                                 700 STEWART STREET, SUITE 5220
PAGE – 1                                                                                          SEATTLE, WASHINGTON 98101
                                                                                                      (206) 553-7970

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on the below date I electronically filed the Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Aaron Korthuis | Aaron@nwirp.org |
| Leila Kang | Leila@nwirp.org |
| Matt Adams | Matt@nwirp.org |
| Meghan E Casey | Meghan@nwirp.org |
| Olivia Fiona Gibbons | Olivia@nwirp.org |
| Tim Henry Warden-Hertz | Tim@nwirp.org |

DATED this 29th day of August, 2019.

*s/ Ivette Moshe*
IVETTE MOSHE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
E-mail: ivette.moshe2@usdoj.gov

NOTICE OF WITHDRAWAL OF MOTION TO STAY
2:19-cv-321-RSL
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970