Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>Defendants. | CASE NO.  2:19-cv-321-RSL<br><br>STIPULATION AND ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE |

Pursuant to Local Rule 7(k), the parties agree that the case now presents pure legal issues that do not require further fact develop and anticipate filing dispositive cross-motions to resolve the remaining legal issues in this matter.  Accordingly, the parties STIPULATE AND AGREE to proceeding without Defendants filing an administrative record and that the following proposed briefing schedule be adopted by order of the Court:

Plaintiffs' motion for summary judgment:          May 1, 2020

Defendants' opposition and cross motion:         May 15, 2020

STIPULATION AND ORDER SETTING DISPOSITIVE MOTION
BRIEFING SCHEDULE
2:19-cv-321-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiffs' opposition and reply:				May 29, 2020

Defendants' reply:					June 12, 2020

The parties though their counsel further agree that neither party will be prejudiced by this agreement.

DATED this 17th day of April, 2020.

                                         Respectfully submitted,

                                         BRIAN T. MORAN
                                         United States Attorney

                                         */s/ Matt Waldrop*
                                         MATT WALDROP, GA. BAR # 349571
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         700 Stewart Street, Suite 5220
                                         Seattle, Washington  98101-1271
                                         Phone: 206-553-7970
                                         Email:   james.waldrop@usdoj.gov


                                         */s/ Matt Adams*
                                         MATT ADAMS, WSBA # 28287
                                         Northwest Immigrant Rights Project
                                         615 Second Avenue, Suite 400
                                         Seattle, WA 98104
                                         Phone: (206) 957-8611
                                         Email:   matt@nwirp.org

BRIEFING SCHEDULE                                       700 STEWART STREET, SUITE 5220
2:19-cv-321-RSL                                         SEATTLE, WASHINGTON 98101
                                                        (206) 553-7970

## **ORDER**

The Parties having so stipulated and agreed, it is hereby **SO ORDERED**. The following briefing schedule shall apply to any dispositive motions filed in this case:

| | |
|---|---|
| Plaintiffs' motion for summary judgment: | May 1, 2020 |
| Defendants' opposition and cross motion: | May 15, 2020 |
| Plaintiff's opposition and reply: | May 29, 2020 |
| Defendants' reply: | June 12, 2020 |

Dated this 20th day of April, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE
2:19-cv-321-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970