UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*, | Case No. C19-0321RSL |
| Plaintiffs, | ORDER |
| v. | |
| UR M. JADDOU,[1] *et al.*, | |
| Defendants. | |

    This matter was remanded from the United States Court of Appeals for the Ninth Circuit on February 10, 2023, for modification of the tolling provision of the permanent injunction that was issued in this case. The parties attempted to achieve a negotiated settlement of plaintiffs' claims, but those efforts appear to have failed. *Casa Libre Freedom House v. Mayorkas*, No. 2:22-cv-01510-ODW-JPR, Dkt. # 92 (C.D. Cal. June 4, 2023). The parties in the above-captioned matter are therefore directed to submit a joint status report on or before July 14, 2023, proposing amendments to the permanent injunction that are consistent with the Ninth Circuit's instructions and analysis.

---

[1] Ms. Jaddou is the current Director of the United States Citizenship and Immigration Services.

ORDER - 1

The Clerk of Court is directed to note the joint status report on the Court's calendar for July 14, 2023.

Dated this 12th day of June, 2023.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge