The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Leobardo MORENO GALVEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Ur JADDOU, Director, U.S. Citizenship and Immigration Services, et al.<br><br>Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Civil Rule 7(n), Plaintiffs respectfully submit this notice to advise the Court of the summary judgment decision in *Casa Libre v. Mayorkas*, No. 22-cv-01510-ODW (JPRx) (C.D. Cal.). The decision holds, inter alia, that U.S. Citizenship and Immigration Services' application of the agency's tolling provisions to Special Immigrant Juvenile status petitions violates 8 U.S.C. § 1232(d)(2).

DATED this 3rd day of August, 2023.

s/ Matt Adams
Matt Adams
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis
aaron@nwirp.org

**NORTHWEST IMMIGRANT RIGHTS PROJECT**

NOTICE OF SUPPL. AUTHORITY - 1
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: (206) 957-8611
Fax: (206) 587-4025

NOTICE OF SUPPL. AUTHORITY - 2
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611