UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*, | Case No. C19-0321RSL |
| Plaintiffs, | ORDER |
| v. | |
| UR M. JADDOU,[1] *et al.*, | |
| Defendants. | |

This matter comes before the Court on "Defendants' Motion to Establish Deadline for Revisions to Joint Status Report." Dkt. # 90. The motion is granted in part. The parties may, on or before August 22, 2023, submit revisions to Dkt. # 88 in light of the summary judgment ruling in *Casa Libre/Freedom House v. Mayorkas*, No. 2:22-cv-01510-ODW-JPR, Dkt. # 92 (C.D. Cal. June 4, 2023).

Dated this 8th day of August, 2023.

Robert S. Lasnik
United States District Judge

---

[1] Ms. Jaddou is the current Director of the United States Citizenship and Immigration Services.

ORDER - 1