**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UR JADDOU, *et al.*,<br><br>                    Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

The Court, having considered Parties' Stipulated Motion to Extend Briefing Deadlines, GRANTS the motion. Plaintiffs' Motion for Attorney's Fees and Costs under the Equal Access to Justice Act is re-noted for March 8, 2024. The parties' briefs shall be due as follows:

Defendants' response: March 4, 2024

Plaintiffs' reply: March 8, 2024

DATED this 12th day of January, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIP. MOT. TO EXTEND BRIEFING DEADLINES
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611