# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ,<br><br>　　　　　Plaintiffs,<br>　v.<br>UR JADDOU, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

The Court, having considered Parties' Stipulated Motion to Extend Briefing Deadlines, GRANTS the motion. Plaintiffs' Motion for Attorney's Fees and Costs under the Equal Access to Justice Act is re-noted for April 5, 2024. The parties' briefs shall be due as follows:

　　Defendants' response: April 1, 2024

　　Plaintiffs' reply: April 5, 2024

DATED this 1st day of March, 2024.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 29th of February, 2024.

 /s/ Matt Adams 
Matt Adams, WSBA No. 28287
matt@nwirp.org

 /s/ Aaron Korthuis 
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JESSICA D'ARRIGO
Senior Litigation Counsel
ALEXA WHITE
Trial Attorney

ORDER GRANTING STIP. MOT. FOR EXTENSION OF BRIEFING DEADLINES
Case No. 2:19-cv-00321-RSL

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120

| | |
|---|---|
| Seattle, WA 98104<br>Tel: (206) 957-8611<br><br>*Attorneys for Plaintiffs* | s/ Katelyn Masetta-Alvarez<br>KATELYN MASETTA-ALVAREZ, OH Bar # 97857<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-0120<br>Email: Katelyn.masetta.alvarez@usdoj.gov<br><br>TESSA M. GORMAN<br>Acting United States Attorney<br><br>s/ Matt Waldrop<br>MATT WALDROP, GA. BAR # 349571<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Email:   james.waldrop@usdoj.gov<br><br>*Attorneys for Defendants* |

ORDER GRANTING STIP. MOT. FOR EXTENSION OF BRIEFING DEADLINES
Case No. 2:19-cv-00321-RSL

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120