UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ,<br><br>      Plaintiffs,<br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>      Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

The Court, having considered Parties' Third Stipulated Motion to Extend Briefing Deadlines, GRANTS the motion. Plaintiffs' Motion for Attorney's Fees and Costs under the Equal Access to Justice Act is re-noted for May 10, 2024. The parties' briefs shall be due as follows:

    Defendants' response: May 6, 2024

    Plaintiffs' reply: May 10, 2024

Dated this 26th day of March, 2024.

                                               */s/ Robert S. Lasnik*
                                               Robert S. Lasnik
                                               United States District Judge

[PROPOSED] ORDER GRANTING STIP. MOT. FOR EXTENSION OF BRIEFING DEADLINES
Case No. 2:19-cv-00321-RSL

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120