# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ,<br><br>　　　　　Plaintiffs,<br>　v.<br>UR M. JADDOU, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING FOURTH STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

The Court, having considered parties' Fourth Stipulated Motion to Extend Briefing Deadlines, GRANTS the motion. Plaintiffs' Motion for Attorney's Fees and Costs under the Equal Access to Justice Act is re-noted for May 24, 2024. The parties' briefs shall be due as follows:

　　Defendants' response: May 20, 2024

　　Plaintiffs' reply: May 24, 2024

DATED this  7th  day of May, 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK UNITED STATES DISTRICT JUDGE

Respectfully submitted this 6th of May, 2024.

| | |
|---|---|
| /s/ Matt Adams<br>Matt Adams, WSBA No. 28287<br>matt@nwirp.org<br><br>/s/ Aaron Korthuis<br>Aaron Korthuis, WSBA No. 53974<br>aaron@nwirp.org | BRIAN M. BOYNTON<br>Principle Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br>JESSICA D'ARRIGO<br>Senior Litigation Counsel<br>ALEXA WHITE |

ORDER GRANTING STIP. MOT. FOR EXTENSION OF BRIEFING DEADLINES
Case No. 2:19-cv-00321-RSL

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120

| | |
|---|---|
| 1  Northwest Immigrant Rights Project | Trial Attorney |
| 2  615 Second Ave., Suite 400<br>Seattle, WA 98104 | s/ Katelyn Masetta-Alvarez |
| 3  Tel: (206) 957-8611 | KATELYN MASETTA-ALVAREZ, OH Bar # 97857 |
| 4  *Attorneys for Plaintiffs* | Trial Attorney<br>Office of Immigration Litigation |
| 5 | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 6 | Washington, D.C. 20044<br>Tel: (202) 514-0120 |
| 7 | Email: Katelyn.masetta.alvarez@usdoj.gov |
| 8 | *Attorneys for Defendants* |

| | |
|---|---|
| 24  ORDER GRANTING STIP. MOT. FOR EXTENSION OF BRIEFING DEADLINES<br>Case No. 2:19-cv-00321-RSL | UNITED STATES DEPARTMENT OF JUSTICE<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel. (202) 514-0120 |