|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ,<br><br>                  Plaintiffs,<br>       v.<br><br>UR JADDOU, *et al.*,<br><br>                  Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF THE PARTIES' SETTLEMENT RE: ATTORNEYS' FEES AND COSTS; AND APPROVAL OF NOTICE TO THE CLASS** |

WHEREAS, the Parties have made an application, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for an order preliminarily approving the Settlement Agreement, which sets forth the terms and conditions for the settlement regarding Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act (ECF No. 100);

WHEREAS, this Court has read and considered the Settlement Agreement and the Parties' Joint Motion for Preliminarily Approval of the Settlement Agreement;

WHEREAS, this Court has read and considered Plaintiffs' Motion for Attorneys' Fees and Costs, as well as the exhibits attached thereto (ECF Nos. 100–108); and

WHEREAS this Court finds that it preliminarily appears that the Settlement Agreement is

fair and reasonable:

IT IS HEREBY ORDERED, as follows:

The Court hereby preliminarily approves the Settlement Agreement, subject to further consideration at the Final Approval Hearing.

The Court orders that the Notice of Proposed Settlement of Attorney Fees, Expenses, and Taxable Costs, in the form submitted as Exhibit B to the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement, be posted by Defendants in English and in Spanish on the USCIS website, https://www.uscis.gov/laws-and-policy/other-resources/uscis-class-action-settlement-notices-and-agreements, and by Plaintiffs on Northwest Immigrant Rights Project's website, https://www.nwirp.org/, for thirty (30) days beginning on May 28, 2024.

Class members shall have until July 11, 2024, to file written objections. Any objection must include: (a) a written statement identifying the class member's name, address, telephone number, and signature, and, if represented by counsel, the name, address, and telephone number of counsel; (b) a written statement explaining the class member's objection and the reasons for such objection; (c) any documentation in support of such objection; and (d) whether the class member wishes to present the objection to the Court at a hearing. The objection must be filed with the Clerk of the United States District Court for the Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101. Docketing of the objection in CM/ECF will constitute service of the objection on the parties.[1]

The Court will hold a Final Approval Hearing on September 5, 2024, at 11:30 a.m., in Courtroom 15106. At the Hearing, the Court will hear and resolve objection and determine

---

[1] The parties shall amend the proposed "Notice of Proposed Settlement of Attorney Fees, Expenses and Taxable Costs in Class Action," Dkt. # 119-2, so that the notice and objection procedures are consistent with this Order.

whether the Settlement Agreement is fair and reasonable and should be approved. If no objections are filed, the Final Approval Hearing may be held by virtual means.

IT IS FURTHER ORDERED THAT:

Within fourteen (14) days after the expiration of time for objections, the Parties may submit, either jointly or individually, proposed Findings of Fact and Conclusions of Law and a proposed order of final approval.

Pending the Court's final determination of whether it will approve the Settlement Agreement, all proceedings in this action shall remain stayed.

The Court may approve the Settlement Agreement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Class Members.

Dated this 22nd day of May, 2024.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE