UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOBARDO MORENO GALVEZ, *et al.*<br><br>Plaintiffs,<br>v.<br>UR M. JADDOU, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING JOINT MOTION TO HOLD FAIRNESS HEARING BY TELEPHONE** |

The Court, having considered the Parties' Motion to Hold Fairness Hearing by Virtual Means or, Alternatively, Cancel the Fairness Hearing; the Court GRANTS the motion to hold the fairness hearing via telephone. The courtroom shall also remain open. The fairness hearing will be scheduled for September 5, 2024 at 11:45 a.m. The Deputy Clerk will send out the conference number via e-mail.

DATED this 4th day of September, 2024.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

/s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

/s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JESSICA D'ARRIGO
Senior Litigation Counsel
ALEXA WHITE
Trial Attorney

s/ Katelyn Masetta-Alvarez
KATELYN MASETTA-ALVAREZ, OH Bar # 97857
Trial Attorney
Office of Immigration Litigation

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0120
Email: Katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

ORDER GRANTING JOINT MOTION TO
HOLD FAIRNESS HEARING BY TELEPHONE
Case No. 2:19-cv-00321-RSL

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 514-0120