District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Leobardo MORENO GALVEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Ur JADDOU, Director, U.S. Citizenship and Immigration Services, et al.<br><br>Defendants. | Case No. 2:19-cv-00321-RSL<br><br>**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

WHEREAS, the above-captioned matter is pending before this Court as a certified class action (the "Action");

WHEREAS, the Parties made an application, pursuant to Federal Rule of Civil Procedure 23(e), for an order: (i) preliminarily approving the Settlement Agreement dated May 17, 2024, setting forth the terms and conditions for the settlement of Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act, ECF No. 100 ("Motion"); (ii) approving the form of Class Notice; and (iii) scheduling a date for the Fairness Hearing for the Court to consider and determine whether to approve the terms of the Settlement Agreement as fair, reasonable, and adequate; and

ORDER GRANTING J. MOT. FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT - 1
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

WHEREAS, this Court issued a Preliminary Approval Order, approved the form of Class Notice (with modifications), and held a Fairness Hearing on September 5, 2024, *see* Dkt. 120; and

WHEREAS, this Court has duly considered the arguments in favor of the Settlement Agreement; and

WHEREAS, no objection has been submitted in opposition to the Settlement Agreement; The Court hereby finds the Settlement Agreement to be fair, reasonable, and adequate, because:

1. Class Members were adequately represented by class representatives and Plaintiffs' counsel;
2. The Settlement Agreement was the product of arm's length negotiations;
3. The Settlement Agreement provides Class Members with adequate relief; and
4. The Settlement Agreement treats Class Members equitably.

THEREFORE, the settlement of the Motion pursuant to the terms and conditions of the Settlement Agreement is hereby approved pursuant to Federal Rule of Civil Procedure 23(e) and shall be binding on all parties to the Settlement Agreement: the Named Plaintiffs, Class Members, Ur M. Jaddou, Director of United States Citizenship and Immigration Services (USCIS), Alejandro Mayorkas, Secretary of the United States Department of Homeland Security (DHS), and Terri A. Robinson, Director of the National Benefits Center.

The Court further provides as follows:

1. The Agreement is hereby incorporated by reference in this Order, and all terms or phrases used in this Order shall have the same meaning as in the Agreement.

ORDER GRANTING J. MOT. FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT - 2
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

2. The Agreement provides that Defendants shall pay Plaintiffs the amount of $400,000 in attorneys' fees and costs. The Court finds that the provisions for payment of attorneys' fees and costs are reasonable.

3. The Court shall retain jurisdiction over all disputes between and among the Parties arising out of the Agreement, including but not limited to interpretation and enforcement of the terms of the Agreement, except as provided in the Agreement and pursuant to the terms of the Agreement.

IT IS SO ORDERED.

Dated this __5th__ day of __September__, 2024.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 29th of August, 2024.

/s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

/s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JESSICA D'ARRIGO
Senior Litigation Counsel
ALEXA WHITE
Trial Attorney

/s/ Katelyn Masetta-Alvarez
KATELYN MASETTA-ALVAREZ, OH Bar # 97857
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0120
Email: Katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

ORDER GRANTING J. MOT. FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT - 3
Case No. 2:19-cv-00321-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611